UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONSTAR MORNING, LLC,

                       Plaintiff,

     -against-

MARTA M. VEGA,

                       Defendants.

20-CV-578 (CS)

ORDER

CATHY SEIBEL, United States District Judge:

     Defendant was required to answer by February 24, 2020 but has not done so. When the Court inquired, Plaintiff's counsel advised that Defendant served an answer in May 2020, but never filed it. Defendant's counsel, who has not appeared, represented to my chambers that a notice of appearance and an answer would be filed on October 1, 2020. As of this order nothing has been filed with the court.

     Plaintiff is therefore directed to seek a default judgment per my Individual Practices or take other appropriate action on or before October 21, 2020.

SO ORDERED.

Dated:   October 7, 2020
              White Plains, New York

                                          _____
                                              CATHY SEIBEL
                                         United States District Judge