UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
NATIONSTAR MORTGAGE LLC,

                                    Plaintiff,                                   **ORDER**

                – against –                                                      No. 20-CV-578 (CS)

MARTA M. VEGA,

                                    Defendant.
-------------------------------------------------------------------------x

<u>Seibel, J.</u>

By Order dated April 7, 2021, (Doc. 15), I noted that Plaintiff had failed to timely seek a default judgment as previously ordered, nor had it advised the Court that a hardship declaration had been submitted by Defendant.  I further stated that if Plaintiff did not do one or the other by April 14, 2021, I would dismiss the case without prejudice for failure to prosecute.  Before April 14, Plaintiff attempted and failed to obtain a Clerk's certificate.  It has nothing since then. Plaintiff having not either sought a default judgment or advised that a hardship declaration has been submitted, this case is hereby DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close the case.

**SO ORDERED.**

Dated: June 11, 2021
        White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

1